81,359-02

Abel Acosta Clerk

Tr. Ct. No 11-2-25699 A-2

Request Case Summary. I have Not Recieved
a formal Reply to the filing of this Writ. Please
advise me of the situation.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

Steve Battles # 1783447
East Ham Unit
2665 Prison Rd #1
Love Lady, Tx. 75851

April 12, 2015